

ELECTRONIC

**Jun 28, 2013**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

# 13-20481-CR-ROSENBAUM/MATTHEWMAN

CASE NO. _____

18 U.S.C. § 1029(b)(2)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 982(a)(2)(B)
18 U.S.C. § 1029(c)(1)(C)

UNITED STATES OF AMERICA

v.

BETTY COLE,

                Defendant.

_____/

## INFORMATION

The United States Attorney charges that:

### COUNT 1
#### Conspiracy to Possess Fifteen or More Unauthorized Access Devices
#### (18 U.S.C. § 1029(b)(2))

From in or around June 2011, continuing through in or around February 2012, in Miami-Dade County and Broward County, in the Southern District of Florida, and elsewhere, the defendant,

## BETTY COLE

did knowingly and intentionally combine, conspire, confederate, and agree with Alci Bonannee, and others known and unknown to the United States Attorney, to commit an offense against the United States, that is, to knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, Social Security numbers of other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section

1029(a)(3).

## PURPOSE OF THE CONSPIRACY

It was the purpose of the conspiracy for the defendant to unjustly enrich herself and others by stealing individuals' personal identity information to give to a co-conspirator for the purpose of filing fraudulent tax returns seeking refunds with that information.

## ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of the conspiracy and to achieve the object and purpose thereof, at least one of the co-conspirators committed or caused to be committed, in the Southern District of Florida, at least one of the following acts, among others:

1.     In or around June 2011, Alci Bonannee asked defendant **BETTY COLE** to provide Bonannee with personal identity information of patients at a local hospital in Miami, Florida (**COLE** was a respiratory therapist at the hospital at the time).

2.     In or around June 2011, **BETTY COLE** prepared handwritten lists of personal identity information of hospital patients.

3.     In or around June 2011, **BETTY COLE** provided lists with personal identity information of hundreds of hospital patients to Alci Bonannee.

4.     In or around January 2012, Alci Bonannee used stolen identity information of hospital patients to file false and fraudulent tax returns with the IRS seeking refunds.

5.     In or around February 2012, **BETTY COLE** provided lists with personal identity information of hundreds of hospital patients to Alci Bonannee.

All in violation of Title 18, United States Code, Section 1029(b)(2).

2

## COUNT 2
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

In or around June 2011, in Miami-Dade County, in the Southern District of Florida, the defendant,

### BETTY COLE,

during and in relation to a felony violation of Title 18, United States Code, Section 1029(b)(2), that is conspiring to possess fifteen (15) or more unauthorized access devices, as charged in Count 1, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, that is, the name and date of birth of "F.M.," in violation of Title 18, United States Code, Section 1028A(a)(1).

## FORFEITURE
### (18 U.S.C. § 982(a)(2)(B))

1.     The allegations in Count 1 of this Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **BETTY COLE**, has an interest.

2.     Upon conviction of the offense charged in Count 1 of this Information, the defendant, **BETTY COLE**, shall forfeit to the United States any property constituting or derived from any proceeds that the defendants obtained, directly or indirectly, as the result of such violation and any personal property that the defendants used or intended to be used to commit the offenses, pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C).

3

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B), 1029(c)(1)(C), and 1029(c)(2), and the procedures set forth at Title 21, United States Code, Section 853.

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
MICHAEL N. BERGER
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

vs.

**CERTIFICATE OF TRIAL ATTORNEY\***

BETTY COLE,

_____ Defendant. _____/

**Superseding Case Information:**

Court Division: (Select One)

New Defendant(s)     Yes _____     No _____
Number of New Defendants _____
Total number of counts _____

| | | |
|---|---|---|
| X   Miami | _____   Key West | |
| _____   FTL | _____   WPB | _____   FTP |

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:      (Yes or No)      No
    List language and/or dialect      _____

4.  This case will take      0      days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                                    (Check only one)

    | | | | | |
    |---|---|---|---|---|
    | I | 0  to  5 days | X | Petty | _____ |
    | II | 6  to 10 days | _____ | Minor | _____ |
    | III | 11 to 20 days | _____ | Misdem. | _____ |
    | IV | 21 to 60 days | _____ | Felony | X |
    | V | 61 days and over | | | |

6.  Has this case been previously filed in this District Court?  (Yes or No)      No
    If yes:
    Judge: _____      Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?      (Yes or No)      No
    If yes:
    Magistrate Case No. _____
    Related Miscellaneous numbers:      12-60143-CR-COHN
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of _____
    Rule 20 from the _____      District of _____

    Is this a potential death penalty case? (Yes or No)      No

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  _____ Yes      X   No

8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  _____ Yes      X   No

_____
Michael N. Berger
ASSISTANT UNITED STATES ATTORNEY
Court No.: A5501557

\*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: **BETTY COLE**

**Case No**:

Count #: 1

Conspiracy to Possess Fifteen (15) or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(b)(2)

**\* Max.Penalty:** Five (5) Years' Imprisonment

Count #: 2

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\* Max.Penalty:** Two (2) Years' Imprisonment Consecutive to Any Other Sentence

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**